*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, STEWART, and GEIS
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Derick D. CLARK**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 202000010**

Decided: 29 June 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Michael Libretto

Sentence adjudged 24 September 2019 by a general court-martial convened at Marine Corps Base Parris Island, South Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 18 months[1], and a bad-conduct discharge.

For Appellant:
*Captain Brian L. Farrell, USMCR*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] Pursuant to the pre-trial agreement, the convening authority suspended all confinement in excess of 15 months.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court